468 F.2d 1397
 H. L. PROPERTIES, INC., et al., Plaintiffs-Appellees,
v.
AEROJET-GENERAL CORPORATION, Defendant-Third-Party Plaintiff-Appellee,
v.
UNITED STATES of America, Defendant-Third-Party Defendant-Appellant.
 No. 72-2011 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 13, 1972.
Rehearing Denied Dec. 19, 1972.
 
 Robert W. Rust, U. S. Atty., Clemens Hagglund, Asst. U. S. Atty., Miami, Fla., Morton Hollander, James C. Hair, Dept. of Justice, Washington, D. C., for the United States.
 A. Dan Killian, Jr., George L. Knight, Miami, Fla., Turner & Hodson, Vernon W. Turner, Michael Watkins, Homestead, Fla., James E. Glass, Welsh & Carroll, Smathers & Thompson, Earl D. Waldin, Jr., Miami, Fla., for appellees.
 Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment below on the basis of the District Court's Memorandum Opinion and Order, 331 F.Supp. 1006.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I